# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>LAW OFFICES OF JOHN E. BOUZANE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:16–cv–00323–FMO–MRW<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  5/6/2016   /   14   /   Notice of Motion and Motion  
*Date Filed*      *Doc. No.*      *Title of Document*

__ / __ / __
*Date Filed*      *Doc. No.*      *Title of Document*

Other:
Failure to meet and confer pursuant to Local Rule 7–3

Dated: May 17, 2016        By: /s/ *Fernando M. Olguin*
                                                         U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)      ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)